IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO: 13-04148-ESL |
| ROSA MARIA AGUIAR SANTANA | CHAPTER 13 |
| DEBTOR | |

**DEBTOR'S MOTION REQUESTING ORDER
RE: AUTHORIZATION TO USE FUNDS FROM 2012 TAX REFUND**

TO THE HONORABLE COURT:

**NOW COMES, ROSA MARIA AGUIAR SANTANA,** debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor's confirmed Plan dated November 12, 2013, provides that debtor's tax refunds will be paid into the Plan. See docket no. 24.

2. The debtor has received her 2012 tax refund in the sum of $433.00. Attached is copy of bank account statement, dated May 28, 2013, which reflects the direct deposit of the 2012 tax refund issued by Treasury Department of Puerto Rico.

3. The debtor respectfully submits to the Court that she used these funds to pay for: utility expenses. Attached is copy of utility expenses estimates/invoices.

4. The debtor was in need to use the funds from the 2012 "tax refund' to pay for this reasonable expense. The debtor is living within a very "tight" budget which barely covers her daily expenses and a Plan payment of $150.00.

5. Based on the abovestated, the debtor respectfully requests this Court to Order the authorization of the use of these funds for this reasonable expense.

Page – 2-
Debtor's Motion Requesting Order
Case no. 13-4148-ESL13

**WHEREFORE**, debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion and allow the use of the funds from the 2012 tax refund by the debtor to pay for the above stated expense.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, José R. Carrión, Esq.; I also certify that a copy of this motion was sent via US Mail to debtor, Rosa Maria Aguiar Santana, to her address of record: Urb Delgado B11 3 Street, Caguas P.R. 00725.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 17th day of February, 2014.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

BANCO POPULAR DE PUERTO RICO
P.O. BOX 362708
SAN JUAN PR 00936-2708

 **BANCO POPULAR.**

ROSA M AGUIAR SANTANA
Y/O ROSA M SANTANA MARCANO
URB DELGADO
B11 CALLE 3
CAGUAS PR  00725

180-040340
ACCESO POPULAR

29963

Este estado cubre sus transacciones después del 7 de mayo de 2013 hasta el 7 de junio de 2013.   Página 1

# CHEQUES

## INFORMACIÓN DE BALANCE

| Balance inicial | + Créditos | - Cheques/Débitos | - Cargos | = Balance final |
|---|---|---|---|---|
| 4.13 | 2,384.03 | 2,387.16 | 1.00 | 0.00 |

## CRÉDITOS REGULARES Y ELECTRÓNICOS

| Fecha | Descripción | Cantidad |
|---|---|---|
| 05-14 | **Depósito**  XXXXXX6338  Retiro Central   Nom-sueldo | 81.15 |
| 05-15 | **Depósito**  XXXXXX5527  Policía de Puert Nómina | 573.24 |
| 05-28 | **Depósito**  XXXXXX9468  Depto. Hacienda  Reintegro | 433.00 |

| Fecha | Descripción | Cantidad |
|---|---|---|
| 05-29 | **Depósito**  XXXXXX6338  Retiro Central   Nom-sueldo | 81.15 |
| 05-30 | **Depósito**  XXXXXX5527  Policía de Puert Nómina | 573.23 |
| 06-03 | **Depósito**  XXX-XX-9310  Ssa  Treas 310   Xxsoc Sec | 642.00 |
| 06-07 | **Fondos tranf de**    Ahorros | .26 |

## DÉBITOS REGULARES Y ELECTRÓNICOS

| Fecha | Descripción | Cantidad |
|---|---|---|
| 05-15 | **Retiro ATH**   05-14  5933  Las Catalinas Food Court1 BPPR | 80.00 |
| 05-16 | **Retiro ATH**   05-15  5398  Walgreens Plaza Centro  BPPR | 300.00 |
| 05-16 | **Retiro ATH**   05-15  2670  Big Kmart Plz Cen.Caguas  BPPR | 120.00 |
| 05-16 | **Retiro ATH**   05-15  5394  Walgreens Plaza Centro  BPPR | 10.00 |
| 05-16 | **Pago**   05-15  XXXXXXXXXXXX9684  Direct TV   Caguas  PR | 121.07 |
| 05-16 | **Pago**   05-15  XXXXXXXXXXXX9684  Walgreens #0338  Caguas  PR | 21.39 |
| 05-16 | **Pago**   05-15  XXXXXXXXXXXX9684  Kmart 7419   329caguas PR | 5.34 |
| 05-29 | **Pago**   05-29  XXXXXXXXXXXX9684  Subway Notre Dame Caguas  PR | 5.52 |

| Fecha | Descripción | Cantidad |
|---|---|---|
| 05-30 | **Retiro ATH**   05-29  3417  Las Catalinas Food Court1 BPPR | 240.00 |
| 05-30 | **Pago**   05-29  XXXXXXXXXXXX9684  Izod #018   Caguas  0 PR | 16.23 |
| 05-30 | **Pago**   05-29  XXXXXXXXXXXX9684  Aeropostale #451c 391caguas PR | 8.35 |
| 05-31 | **Retiro ATH**   05-31  2274  BPPR Caguas Pueblo | 40.00 |
| 05-31 | **Pago**   05-31  XXXXXXXXXXXX9684  AEE 41 Caguas    Caguas  PR | 672.00 |
| 05-31 | **Pago**   05-31  XXXXXXXXXXXX9684  Pitusa Almacenes  Caguas  PR | 26.74 |
| 05-31 | **Pago**   05-31  XXXXXXXXXXXX9684  La Casa del Estud Caguas  PR | 22.52 |
| 06-03 | **Retiro suc con ATH**   06-01  9684  Sucursal Catalinas Plaza | 698.00 |

## CARGOS

| Fecha | Descripción | Cantidad |
|---|---|---|
| 06-07 | **Cargos por servicios vencidos** | 0.26 |

| Fecha | Descripción | Cantidad |
|---|---|---|
| 06-07 | **Cargo por servicio con descuento de Depósito Directo** | 0.74 |

## BALANCE MÍNIMO

| Fecha | Descripción | Cantidad |
|---|---|---|
| 05-16 | **Balance mínimo durante este ciclo** | 0.72 |

# AHORROS

**Autoridad de Energía Eléctrica de Puerto Rico**
PO BOX 363508 - San Juan PR 00936-3508
Área Metro:787-521-3434  Larga Distancia: 1-800-981-2434
Pagos:      787-521-2121  Audio Impedidos:787-521-3050
www.aeepr.com

SANTANA MARCANO, ROSA M
Número de Cuenta: **7072281000**   Fecha de Factura: **16-may-2013**   Ciclo: **13**

Ley 33: Tiene hasta la fecha de vencimiento para pagar el total de la factura u objetar los cargos corrientes por venta de electricidad. Detalles al dorso.

**AVISO SUSPENSION DE SERVICIO** - Su factura refleja atrasos. Puede pagar a través de la Línea Exclusiva para Pagos (787) 521-2121, por Internet en www.aeepr.com o en una oficina comercial antes de la fecha de vencimiento. Evite que su servicio sea suspendido.

| Detalle de Facturación | Cantidad |
|---|---|
| Balance Previo | $2,276.76 |
| Pagos acreditados desde su última factura | 80.00 CR |
| **Cargos Vencidos - 12 meses $2,196.76** | |
| Cargos Corrientes | 93.17 |
| Total Objeciones - 1 | 519.81 |
| **Cantidad a Pagar** | **$1,770.12** |
| Fecha de Vencimiento Cargos Corrientes | 08-jun-2013 |

ID Localidad 7072281569    C 3 B11 URB JOSE DELGADO CAGUAS

Tarifa  110-Servicio Residencial Especial     Periodo 17-abr-2013 al 16-may-2013
Número Contador 18175670    Fecha Lectura  16-may-2013   Días de Consumo 29    Lectura Actual    Lectura Anterior    Consumo
Constante       1           Próxima Lectura 17-jun-2013                        kWh Leída 5202.00    4803.00           399.00

**Cargos Corrientes por Venta de Electricidad**
| | |
|---|---|
| Tarifa Básica | $8.83 |
| Compra De Combustible 399 kWh x $0.160642 | 64.10 |
| Compra De Energía 399 kWh x $0.047757 | 19.06 |
| Subsidio Por Compra De Combustible | 10.00 CR |
| Cargo por Atraso | 11.18 |
| **Total Servicio** | **$93.17** |

**Consumo Promedio Diario Para Meses Anteriores (kWh)**

| * NO DATOS | may-2012 | jun | jul | ago | sep | oct | nov | dic-2012 | ene | feb | mar | abr | may-2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 73 | 83 | 12 | 14 | 13 | 14 | 14 | 14 | 12 | 13 | 13 | 13 | 14 |

Centavos — Costo por kWh    kWh — Historial de Consumo
☑ Lectura   ▦ Estimado   ☐ Ajustada
Costo por kWh facturado no incluye cargo fijo: 0.1979
Meses    Meses
Para información detallada visite nuestra página de Internet
* NO DATOS

6:15 PM — 31 Mayo 2013
769-887, Casión Luz
- Celador Línea

Desprenda el talón y envíelo con su pago. No mutile, doble, grape, manche, escriba (excepto cantidad pagada) ni ponga cinta adhesiva al talón de pago.

```
                    de Energia Electrica
                      707225171433
                    06-31-2013 06:33:27AM

                               Pago        Balance
                              $672.00      $1,617.33

         Del Pago             $672.00

         7281
         Tarjeta de Debito - 9563120281    $672.00

         Id Entrega                        $672.00


              Este recibo es su evidencia de pago
               Este pago no detiene gestion de
                         cobro/corte
```



```
REE 41 CAQUAS
2 MUÑOZ RIVERA
CAGUAS
                TIME
Mar  13       08:35:16         KSH
              TERMINAL ID:  M_____ B_
              BUYONSE: 4545_079-114_

              SALE

              ACCT
              ************9084

AUTH. CODE: 721947    INVOICE: 000094
                      TRACE:   000046

TOTAL      $    672.00

        NO SIGNATURE REQUIRED
```

CUSTOMER COPY