UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN Re:<br><br>ROSA MARIA AGUIAR SANTANA<br><br>XXX-XX-9468<br><br>   DEBTOR (S) | Case No. 13-04148-ESL<br><br>CHAPTER 13 |

**TRUSTEE'S POSITION AS TO DEBTOR'S REQUEST
TO RETAIN 2012 TAX REFUND**

**TO THE HONORABLE COURT:**

  **NOW COMES** José R. Carrión, Chapter 13 Trustee through the undersigned attorney, and very respectfully alleges and informs:

  1. Debtors are requesting to retain their 2012 tax refund of $433.00 to cover some unexpected expenses. Docket #33.

  2. After reviewing debtor's income and expenses listed in the schedules, the Trustee has no opposition that the debtor retains the tax refund received for year 2012, but subsequent tax refunds should be devoted to the plan to maximize the repayment to creditors.

  WHEREFORE, the Trustee respectfully requests this Honorable Court that it takes note of the above, and for such other and further relief as provided by law.

Case:13-04148-ESL13 Doc#:34 Filed:02/20/14 Entered:02/20/14 13:00:50 Desc: Main
Document Page 2 of 4

TRUSTEE'S POSITION DEBTOR'S REQUEST TO RETAIN TAX REFUND        Page #2
-----------------------------------------------------------------------

CERTIFICATE OF SERVICE: The Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail on this same date to: the DEBTOR(s) and her/his/their attorney and all Creditors and Parties in Interest to their respective address of record as they appear in the attached master address list to the address of record, if not an ECFS register user.

In San Juan, Puerto Rico this, February 20, 2014.

/s/ Jose R. Carrion
Jose R. Carrion
Chapter 13 Trustee
PO Box 9023884
San Juan, PR 00902
Tel.(787)977-3535
Fax (787)977-3550

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILL*<br>PO BOX 193677<br>SAN JUAN, PR 00919-3677 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | ROSA MARIA AGUIAR SANTANA<br>DELGADO<br>B11 CALLE 3<br>CAGUAS, PR 00725 |
| ASOCIACION EMPLEADOS DEL ELA<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 | FIRST BANK<br>PO BOX 19327<br>SAN JUAN, PR 00910-1427 |
| POLICIA DE PUERTO RICO<br>PO BOX 70166<br>SAN JUAN, PR 00936-0166 | ECMC<br>1 IMATION PL BLDG<br>OAKDALE, MN 55128-3422 |
| PREMIER BANKCARD/CHARTER<br>PO BOX 2208<br>VACAVILLE, CA 95696 | AT&T<br>PO BOX 192830<br>SAN JUAN, PR 00919-2830 |
| ROBERTO FIGUEROA CARRASQUILL*<br>PO BOX 193677<br>SAN JUAN, PR 00919-3677 | SALLIE MAE INC ON BEHALF UNITED STUDENT AID FUN<br>ATTN DEPOSIT OPERATIONS<br>PO BOX 6180<br>INDIANAPOLIS, IN 46206-6180 |
| CLARO<br>PO BOX 70366<br>SAN JUAN, PR 00936-8366 | AT&T MOBILITY PUERTO RICO<br>AT&T SERVICES INC<br>KAREN A CAVAGNARO<br>ONE AT&T WAY ROOM 3A 231<br>BEDMINSTER, NJ 07921 |
| EMPRESAS BERRIOS<br>PO BOX 674<br>CIDRA, PR 00739 | ORIENTAL BANK AND TRUST AS SUCCESSOR OF BBVA<br>C/O ANGEL M VAZQUEZ BAUZA ESQ<br>ENRIQUE NASSAR RIZEK & ASSOCIATES<br>PO BOX 191017<br>SAN JUAN, PR 00919-1017 |
| T-MOBILE<br>PO BOX 660252<br>Dallas, TX 75266-0252 | ORIENTAL BANK AND TRUST<br>CER DIVISION LEGAL AUTOS<br>PO BOX 195115<br>SAN JUAN, PR 00919-5115 |
| SALLIE MAE INC ON BEHALF UNITED STUDENT AID FUN<br>ATTN BANKRUPTCY LITIGATION UNIT E3149<br>PO BOX 9430<br>WILKES BARRE, PA 18773-9430 | ECMC<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 |

```
ECMC
PO BOX 16408
ST PAUL, MN  55116-0408
```

```
ROSA MARIA AGUIAR SANTANA
DELGADO
B11 CALLE 3
CAGUAS, PR  00725
```

```
,   00000
```

```
DEPARTMENT OF EDUCATION
PO BOX 1708
ST PAUL, MN  55101
```

```
VIRTUOSO
3033 S PARKERSTE 1000
AURORA, CO  80014
```