IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE                                                    *    BKRTCY. NO. 13-04148 ESL

ROSA MARIA AGUIAR SANTANA                                *    CHAPTER 13

DEBTOR _____ *

### DEBTOR'S MOTION AND NOTICE OF FILING OF POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN 11 USC §1329

**TO THE HONORABLE COURT:**

    **COMES NOW, ROSA MARIA AGUIAR SANTANA,** the debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

    1.The debtor is hereby submitting a post-confirmation modification of Chapter 13 Plan, 11 USC Section 1329, dated September 26, 2014, herewith and attached to this motion.

    2.This Plan modification is filed to change the debtor's Plan payment schedule to allow the debtor to continue making the $150.00 Plan payments to the Trustee for the next twelve (12) months since due to debtor's economic situation, she is unable to increase the Plan payment as of the present date, and increase the amount to be paid in each of the two pending "step-ups" as per previously proposed in debtor's confirmed Plan.

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 3015(f)

    **Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

    I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13

**Page -2-**
**Post Confirmation Modification 11 USC 1329**
**Case no. 13-04148 ESL13**

Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent via

regular mail to the debtor and to all creditors and interested parties appearing in the master

address list, hereby attached.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 26th day of September,
2014.

/s/Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                    Case No. **3:13-bk-4148**

**AGUIAR SANTANA, ROSA MARIA**                                           Chapter **13**
<span style="margin-left:3em">Debtor(s)</span>

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

---

PLAN DATED: **9/26/2014**                              ☐ AMENDED PLAN DATED: _____
☐ PRE ☑ POST-CONFIRMATION                             Filed by: ☐ Debtor ☐ Trustee ☐ Other

| I. PAYMENT PLAN SCHEDULE | II. DISBURSEMENT SCHEDULE |
|---|---|

### I. PAYMENT PLAN SCHEDULE

$   **150.00** x   **24** = $   **3,600.00**
$   **237.00** x   **32** = $   **7,584.00**
$   **336.00** x   **4** = $   **1,344.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $   **12,528.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM
within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $   **12,528.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee
Disclosure Statement: $ _____ **3,000.00**

Signed: **/s/ ROSA MARIA AGUIAR SANTANA**
<span style="margin-left:4em">Debtor</span>

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____  $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **MUEBLERIA BERRI**  Cr. _____  Cr. _____
# **xxx-xx-9468**  # _____  # _____
$ **978.19**  $ _____  $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
<span style="margin-left:6em">☐ Paid 100% / ☐ Other: _____</span>
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
Debtor(s) to provide ADEQUATE PROTECTION PAYMENTS to Mueblerias Berrios thru the Trustee in the sum $10.00 per month for the next eight months or until confirmation.
Debtor surrender collateral/savings in AEG.  *Late filed claims filed by creditors will receive no distribution.

---

Attorney for Debtor **R. Figueroa Carrasquillo Law Office** _____  Phone: **(787) 744-7699** _____

AMENDED CHAPTER 13 PAYMENT PLAN

<span style="writing-mode:vertical">© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</span>

Label Matrix for local noticing
0104-3
Case 13-04148-ESL13
District of Puerto Rico
Old San Juan
Fri Sep 26 07:59:09 AST 2014

EDUCATIONAL CREDIT MANAGEMENT CORPORATION
PO BOX 16408
ST PAUL, MN 55116 0408

(p)ORIENTAL BANK AND TRUST
PO BOX 195115
SAN JUAN PR 00919-5115

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

ASOCIACION EMPLEADOS ELA
PO BOX 364508
SAN JUAN, PR  00936-4508

AT&T
PO BOX 192830
SAN JUAN, PR  00919-2830

AT&T Mobility Puerto Rico, Inc
% AT&T Services, Inc
Karen Cavagnaro, Paralegal
One AT&T Way, Room 3A231
Bedminster, NJ 07921-2693

CLARO
PO BOX 70366
SAN JUAN, PR  00936-8366

DEPARTMENT OF EDUCATION
PO BOX 1708
ST PAUL, MN 55101-0708

ECMC
1 IMATION PI
OAKDALE, MN  55128

ECMC
BANCO DE PONCE
1 IMATION PI
OAKDALE, MN  55128

ECMC
BANCO POPULAR
1 IMATION PI
OAKDALE, MN  55128

ECMC
P.O. Box 16408
St. Paul, MN  55116-0408

FIRST BANK
PO BOX 19327
SAN JUAN, PR 00910-1327

FIRST PREMIER BANK
PO BOX 5524
SIOUX FALLS, SD  57117-5524

GE Capital Retail Bank
c/o of Recovery Management Systems Corp
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

MUEBLERIA BERRIOS
PO BOX 674
CIDRA, PR  00739-0674

ORIENTAL BANK (BBVA)
PO BOX 191017
SAN JUAN, PR  00919-1017

Premier Bankcard/Charter
PO Box 2208
Vacaville, CA 95696-8208

Sallie Mae Inc. on behalf of USAF
Attn: Deposit Operations
PO Box 6180
Indianapolis, IN  46206-6180

T-MOBILE
PO BOX 660252
DALLAS, TX  75266-0252

USA FUNDS
PO BOX 6180
INDIANAPOLIS, IN 46206-6180

VIRTUOSO
3033 S PARKERSTE 1000
AURORA, CO 80014-2919

JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186

ROSA MARIA AGUIAR SANTANA
URB DELGADO
B11 3 STREET
CAGUAS, PR 00725-3111

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
ORIENTAL BANK
ENRIQUE NASSAR RIZEK & ASSOCIATES
PO BOX 191017
SAN JUAN, PR 00919
```

```
(d)ORIENTAL BANK
ANGEL M VAZQUEZ BAUZA
PO BOX 191017
SAN JUAN, PR  00919-1017
```

```
End of Label Matrix
Mailable recipients    26
Bypassed recipients     0
Total                  26
```