IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | |
| | * | CASE NO. 13-04148/ESL |
| ROSA MARIA AGUIAR SANTANA | * | |
| | * | CHAPTER 13 |
| DEBTOR | * | |

### DEBTOR'S MOTION REQUESTING ORDER
### RE: AUTHORIZATION TO USE FUNDS FROM 2013 TAX REFUND

TO THE HONORABLE COURT:

**NOW COMES, ROSA MARIA AGUIAR SANTANA,** debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor's confirmed Plan dated November 12, 2013, provides that debtor's tax refunds will be paid into the Plan. See docket #24.

2. The debtor has received the 2013 tax refund in the sum of $717.00. The debtor met with the undersigned attorney regarding this matter and respectfully submits that she has lost the check stub/receipt, thus, she attached her tax return as evidence of the amount received from the Puerto Rico Treasury Department.

3. The debtor respectfully submits to the Court that she used these funds to pay for: house repairs/maintenance expenses. Attached is copy of the invoices for the materials in the amount of $446.73, the balance of $270.27 was used for the labor costs.

4. The debtor was in need to use the funds from the 2013 "tax refund' to pay for these reasonable expenses. Furthermore, the debtor is living within a very "tight" budget which barely covers her living expenses and a Plan payment of $150.00.

5. Based on the above-stated, the debtor respectfully requests this Court to Order the

Page – 2-
Debtor's Motion Requesting Order
Case no. 13-04148/ESL13

authorization of the use of these funds for these expenses.

**WHEREFORE**, debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion and allow the use of the funds from the 2013 tax refund by the debtor to pay for the above-stated expenses.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to the debtor, Rosa María Aguiar Santana to the address of record: Urb. Delgado B11 3 Street Caguas, PR 00725.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 22nd day of January, 2015.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

Formulario 482 Rev. 31 oct 13

| Liquidador | Revisor |
|---|---|

| R | G | RO | V1 | V2 | E | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**2013** ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2013 O AÑO COMENZADO EL **2013**

1 de enero de 2013 Y TERMINADO EL 31 de diciembre de 2013

Número de Serie

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: __/__/__
  Día Mes Año
○ CONTRIBUYENTE  ○ CONYUGE
○ CONYUGE SUPERSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO

Nombre del Contribuyente: Rosa
Inicial: M
Apellido Paterno: Aguiar
Apellido Materno: Santana
Número de Seguro Social Contribuyente: 9468

Dirección Postal:
Delgado
B11 Calle 3
Caguas PR
Código Postal 00725-3111

Fecha de Nacimiento: 9 1964 Mes Año
Sexo: ○M ⊗F

Sello de Recibido
14/04/2014
08:13:30 p.

Número de Seguro Social Cónyuge

"Coloque la etiqueta engomada (Label) aquí"

Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno

Fecha de Nacimiento del Cónyuge: Día Mes Año
Sexo: ○M ○F

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
Delgado
B11 Calle 3
Caguas PR
Código Postal 00725-3111

Teléfono Residencia
Teléfono del Trabajo: (787) 781-3927

Correo Electrónico (E-Mail): notengo@gmail.com

CAMBIO DE DIRECCION: ○Si ⊗No    PLANILLA 2014: ⊗ESPAÑOL ○INGLES

**Cuestionario** (PLANILLA CON CHEQUE - FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

SI NO
A. ⊗ ¿Ciudadano de Estados Unidos?
B. ⊗ ¿Residente de Puerto Rico al finalizar el año?
C. ⊗ ¿Otros ingresos excluidos o exentos de contribución?
   (Someta Anejo IE Individuo)
D. ⊗ ¿Individuo residente inversionista?
   (Someta Anejo F1 Individuo)
E. FUENTE DE MAYOR INGRESO:
   1. ⊗ Empleado del Gobierno, Municipios o Corporaciones Públicas
   2. Empleado del Gobierno Federal
   3. Empleado de Empresa Privada
   4. Retirado/Pensionado
   5. Trabajo Cuenta Propia (Indique la industria o negocio principal)
   6. Otro _____

Su ocupación: Secretaria  8104  Ocupación cónyuge _____

F. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ○ Casado
   (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ⊗ Contribuyente individual
   (Ennegrezca e indique nombre y seguro social del cónyuge si es:
   ○ Casado con capitulaciones de total separación de bienes
   ○ Casado que no vivía con su cónyuge)
   ○ Casado que rinde separado
   (Indique nombre y seguro social del cónyuge arriba)

CONTRATO GOBIERNO:
○ Contribuyente ○ Cónyuge

PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

**Reintegro**
1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 3, línea 28. Indique distribución en las líneas A, B, C y D) ......... (01) 717 00
   A) Acreditar a la contribución estimada 2014 ...................... (02) 00
   B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ... (03) 00
   C) Aportación al Fondo Especial para la Universidad de Puerto Rico ....... (04) 00
   D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) ...... (05) 717 00

**Pago**
2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 3, línea 28) ........ (06) 00
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado .... (07) 00
   (b) Intereses ................................................... (08) 00
   (c) Recargos _____ y Penalidades _____ (09) 00
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) ............ (10) 00

**Depósito**
AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO
Tipo de cuenta: ○ Cheques ○ Ahorros
Número de ruta/tránsito: [_____]
Número de su cuenta: [_____]
Cuenta a nombre de: _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

Firma del Contribuyente: ✓ FIRMADA ELECTRONICAMENTE    Fecha: 14/04/2014
Firma del Cónyuge: _____    Fecha: _____

(04) Nombre del Especialista (Letra de Molde): _____    Nombre de la Firma o Negocio: _____

Firma del Especialista: ✓    Fecha: _____    Especialista por cuenta propia (ennegrezca aquí) ○    Número de Registro: _____

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ○Sí ⊗No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años

Conf. 041420141046E4B93B2463307    PRSoft, Inc. (www.prsoft.com)

Rev. 31 oct 13

9468

Formulario 482 - Página 2

Si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas y rinden planilla conjunta, no complete los Encasillados 1 y 2, ni las líneas 13 a la 18 del Encasillado 3, y pase al Anejo CO Individuo.

**Encasillado 1**

1. Sueldos, Comisiones, Concesiones y Propinas

   SUMINISTRE LOS COMPROBANTES DE RETENCION
   (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique)

   A-Contribución Retenida: 717 00
   B-Sueldos, Comisiones, Concesiones y Propinas: 29,752 00

   Total de comprobantes con esta planilla ......... (22) 1 (01) 717 00   29,752 00

   C- Salarios del Gobierno Federal (Véanse instrucciones) ........ (02)
   Contribución Retenida | Salarios Federales

2. Otros Ingresos (o Pérdidas):
   A) Distribuciones totales de planes de retiro cualificados (Anejo D Individuo, Parte IV, línea 27) ...
   B) Ganancia (o pérdida) en la venta o permuta de activos de capital (Anejo D Individuo, Parte V, línea 36 o 37, según aplique) ...
   C) Intereses (Anejo F Individuo, Parte I, línea 5) ...
   D) Dividendos de corporaciones (Anejo F Individuo, Parte II, línea 4) ...
   E) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte III, línea 3) ...
   F) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Anejo F Individuo, Parte IV, línea 2) ...
   G) Ingresos misceláneos (Anejo F Individuo, Parte VII, línea 6) ...
   H) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 18) ...
   I) Ganancia (o pérdida) atribuible a industria o negocio (Anejo K Individuo, Parte II, línea 10) ...
   J) Ganancia (o pérdida) atribuible a la agricultura (Anejo L Individuo, Parte II, línea 12) ...
   K) Ganancia (o pérdida) atribuible a profesiones y comisiones (Anejo M Individuo, Parte II, línea 6) ...
   L) Ganancia (o pérdida) atribuible a alquiler (Anejo N Individuo, Parte II, línea) ...
   M) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ...
   N) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) ...
   O) Participación atribuible en beneficios de sociedades, sociedades especiales y corporaciones de individuos (Someta Anejo R Ind.) ...
   P) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____ ) (20)

3. Total de Ingresos (Sume líneas 1B, 1C y 2A a la 2P) ... (22) 29,752 00
4. Pensión Pagada por Divorcio o Separación (Núm. seg. soc. del que la recibe: _____ ) (23) (Núm. sentencia _____ ) (24)
5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) ... (26) 29,752 00

**Encasillado 2**

6. Total de Deducciones (Anejo A Individuo, Parte I, línea 11) ... (03) 2,572 00
7. DEDUCCION ESPECIAL PARA CIERTOS INDIVIDUOS (Hasta un máximo de $5,350. Véanse instrucciones) ... 2,571 00
8. Exención Personal (Casado - $7,000; Contribuyente individual - $3,500; Casado que rinde separado - $3,500) ... (03) 3,500 00
9. Exención por Dependientes (Complete el Anejo A1 Ind., véanse instrucciones): A) (04) 5 x $2,500 ... (06) 12,500 00
   Custodia compartida o casado que rinde separado → B) (05) ___ x $1,250 ... (07)
   Total Exención por Dependientes (Sume líneas 9A y 9B) ... 12,500 00
10. Exención Personal Adicional para Veteranos ($1,500 por veterano. Si ambos cónyuges son veteranos, $3,000) ...
11. Total Deducciones y Exenciones (Sume líneas 6 a la 10) ...
12. INGRESO NETO SUJETO A CONTRIBUCION (Línea 5 menos línea 11. Si la línea 11 es mayor que la línea 5, anote cero) ... 21,143 00

**Encasillado 3**

13. CONTRIBUCION: (21) ☒ 1 Según Tabla ☐ 2 Tasas preferenciales (Anejo A2 Ind.) ☐ 3 Extranjero no residente ☐ 4 Anejo B4 Ind. ... 8,609
14. Cantidad de Ajuste Gradual (Determine este ajuste si la cantidad reflejada en la línea 12 o en A2 Ind., línea 10 es mayor de $300,000) (Anejo P Ind., línea 7)
15. CONTRIBUCION REGULAR ANTES DEL CREDITO (Sume líneas 13 y 14) ...
16. Crédito por contribuciones pagadas a países extranjeros, los Estados Unidos, sus territorios y posesiones (Someta Anejo C Individuo) (Véanse inst.)
17. CONTRIBUCION REGULAR NETA (Línea 15 menos línea 16) ...
18. Exceso de la Contribución Básica Alterna Neta sobre la Contribución Regular Neta (Anejo O Individuo, Parte II, línea 9) (Véanse instrucciones) ...
19. TOTAL CONTRIBUCION DETERMINADA (Sume líneas 17 y 18 o anote la cantidad del Anejo CO Individuo, línea 22, según aplique) ...
20. Recobro de crédito reclamado en exceso (Anejo B Individuo, Parte I, línea 3) ...
21. Créditos contributivos (Anejo B Individuo, Parte II, línea 22) ...
22. RESPONSABILIDAD CONTRIBUTIVA (Sume líneas 19 y 20 menos línea 21. Si es menos de cero, anote cero) ...
23. CONTRIBUCION RETENIDA, PAGADA Y CREDITOS REEMBOLSABLES:
    A) Mediante retención sobre salarios (Sume las líneas 1A y 1C del Encasillado 1 o líneas 1A y 2A del Anejo CO Individuo) ... (32) 717 00
    B) Mediante retención sobre anualidades y pensiones (Anejo H Individuo, Parte II, línea 13) ... (33)
    C) Otros pagos y retenciones (Anejo B Individuo, Parte III, línea 19) ... (34)
    D) Crédito por Trabajo (Véanse instrucciones) ... (35)
    E) Crédito para personas de 65 años o más (Véanse instrucciones) ... (36)
    F) Crédito compensatorio para pensionados de bajos recursos (Véanse instrucciones) ... (37)
    G) Crédito por el pago de derechos adicionales a los automóviles de lujo bajo la Ley 42-2005
       (Véanse instrucciones) (Contribuyente: $ _____ (38); Cónyuge: $ _____ (39)) ... (40)
    H) Crédito de la Oportunidad Americana (Someta Anejo B2 Individuo) (No aplica a casados que rinden separado) (41)
    I) Crédito contributivo por oportunidad de empleo a Héroes y/o Heridos de las Fuerzas Armadas (Someta Anejo B4 Individuo) (42)
    J) Cantidad pagada con prórroga automática ... (43)
    K) Total Contribución Retenida, Pagada y Créditos Reembolsables (Sume líneas 23A a la 23J) ... 717 00
24. TOTAL NO PAGADO DE LA CONTRIBUCION (Si la línea 23K es menor que la línea 22, anote la diferencia aquí, de lo contrario en la línea 27) ...
25. Adición a la Contribución por Falta de Pago de la Contribución Estimada (Anejo T Individuo, Parte II, línea 21) ...
26. Contribución especial a individuos que llevan a cabo industria o negocio por cuenta propia (Véanse instrucciones) ...
27. Menos: Exceso de Contribución Retenida, Pagada y Créditos Reembolsables ... (48) 717 00
28. BALANCE: • Si línea 27 es mayor que la suma de líneas 24, 25 y 26, usted tiene un sobrepago. Anote diferencia aquí y en línea 1 de página 1.
    • Si línea 27 es menor que la suma de líneas 24, 25 y 26, usted tiene un balance pendiente de pago. Anote diferencia aquí y en línea 2 de la página 1.
    • Si diferencia entre línea 27 y la suma de líneas 24, 25 y 26 es igual a cero, anote cero aquí y pase a firmar su planilla en la página 1. (50) 717

LA CANTIDAD REFLEJADA EN LA LINEA 28 DEBERA TRASLADARSE A LA LINEA CORRESPONDIENTE DE LA PAGINA 1.

Conf. 041420141046E4B93B2463307    Período de Conservación: Diez (10) años    PRSoft, Inc. (www.prsoft.com)

**Anejo A Individuo**
Rev. 31 oct 13

## DEDUCCIONES APLICABLES A CONTRIBUYENTES QUE SEAN INDIVIDUOS

Año contributivo comenzado el __1__ de __enero__ de __2013__ y terminado el __31__ de __diciembre__ de __2013__

**2013**

Nombre del contribuyente
**Rosa M Aguiar Santana**

Número de Seguro Social
9468

### Parte I — Deducciones Aplicables a Contribuyentes que sean Individuos (Véanse instrucciones)

1. Intereses hipotecarios

| Nombre de la entidad a quien hizo el pago | Hipoteca | Número del Préstamo | Núm. Ident. Patronal | Importe | |
|---|---|---|---|---|---|
| Primera residencia: | Primera | | (01) | 00 | (05) |
| | Segunda | | (02) | 00 | (06) |
| Segunda residencia: | Primera | | (03) | 00 | (07) |
| | Segunda | | (04) | 00 | (08) |

   Honorarios de Origen del Préstamo (Puntos) Pagados Directamente por el Deudor (Véanse instrucciones) .... 00 (09)
   Descuentos del Préstamo (Puntos) Pagados Directamente por el Deudor (Véanse instrucciones) .... 00 (10)
   a) Total intereses hipotecarios pagados .... 00 (11)
   b) Límite (Multiplique la suma del Encasillado 1, línea 5 de la planilla y la línea 1, Parte III del Anejo IE Individuo por 30% y anótelo aquí) .... 00 (12)
   c) Deducción admisible por intereses hipotecarios (Anote la menor entre las líneas 1(a), 1(b) o $35,000. Si los intereses no exceden el 30% del ingreso para cualquiera de los 3 años anteriores, ennegrezca aquí ◯ 1) (13) (Véanse instrucciones) .......... (14) 00

2. Pérdida de su residencia principal debido a causas fortuitas (Véanse instrucciones) .......... (15) 00
3. Gastos médicos (Parte III, línea 3) .......... (16) 00
4. Donativos (Parte III, línea 8) .......... (17) 00
5. Pérdida de bienes muebles por ciertas causas fortuitas (Véanse instrucciones) .......... (18) 00
6. Aportaciones a sistemas gubernamentales de pensiones o retiro .......... (19) 2,572 00
7. Aportaciones a cuentas de retiro individual (No exceder de $5,000 o $10,000 si es casado):

| Inst. financiera | Núm. cuenta | Núm. Ident. Patronal | Aportación | | |
|---|---|---|---|---|---|
| | (20) | (23) | (26) ◯ 1 Contrib. ◯ 2 Cóny. | | |
| | (21) | (24) | (27) ◯ 1 Contrib. ◯ 2 Cóny. | | |
| | (22) | (25) | (28) ◯ 1 Contrib. ◯ 2 Cóny. | | |

   Total aportaciones a cuentas de retiro individual .......... (29) 00

8. Aportaciones a cuentas de ahorro de salud con plan médico de deducible anual alto (Véanse instrucciones):

| Institución | Núm. cuenta | Núm. Ident. Patronal | Aportación |
|---|---|---|---|
| Deducible anual (30) | Tipo de cubierta: (32) ◯ 1 Individual ◯ 2 Individual y 55 años o más ◯ 3 Familiar ◯ 4 Familiar y 55 años o más | (34) (36) | Fecha efectividad (37) |
| Institución | Núm. cuenta | Núm. Ident. Patronal | Aportación |
| Deducible anual (31) | Tipo de cubierta: (33) ◯ 1 Individual ◯ 2 Individual y 55 años o más ◯ 3 Familiar ◯ 4 Familiar y 55 años o más | (35) (38) | Fecha efectividad (39) |

   Total aportaciones (Sume la cantidad menor entre la aportación y el deducible anual de cada cuenta) .......... (40) 00

9. Cuenta de Aportación Educativa (Parte II, línea (10)) (Véanse instrucciones) .......... (41) 00
10. Intereses sobre préstamos estudiantiles a nivel universitario (Véanse instrucciones):

| Inst. financiera | Núm. préstamo | Núm. Ident. Patronal | Importe |
|---|---|---|---|
| | (42) | (44) | |
| | (43) | (45) | |

   Total intereses sobre préstamos estudiantiles pagados .......... (46) 00

11. **Total deducciones aplicables a contribuyentes que sean individuos** (Sume líneas 1 a la 10 y traslade al Encasillado 2, línea 6 de la planilla) .......... (50) 2,572 00

### Parte II — Beneficiarios de Cuentas de Aportación Educativa (Véanse instrucciones)

| | Nombre, Inicial, Apellido Pat., Apellido Mat. | Fecha de Nacimiento (Día/Mes/Año) | Parentesco | Número de Seguro Social | Cantidad Aportada (No exceder de $500 cada uno) |
|---|---|---|---|---|---|
| (01) | | | | | |
| | Institución financiera | Número de la cuenta | | Número de Identificación Patronal | 00 |
| (02) | | | | | |
| | Institución financiera | Número de la cuenta | | Número de Identificación Patronal | 00 |
| (03) | | | | | |
| | Institución financiera | Número de la cuenta | | Número de Identificación Patronal | 00 |

(10) **Total aportaciones** (Sume líneas (01) a la (03) y traslade a la Parte I, línea 9 de este Anejo) .......... 00

Período de Conservación: Diez (10) años

Conf. 041420141046E4B93B2463307

PRSoft, Inc. (www.prsoft.com)

**Anejo A1 Individuo**
Rev. 31 oct 13

# DEPENDIENTES

**2013**

Año contributivo comenzado el 1 de enero de 2013 y terminado el 31 de diciembre de 2013

Nombre del contribuyente: Rosa M Aguiar Santana

Número de Seguro Social: 9468

**Parte I** Información sobre Dependientes (Véanse instrucciones)

55

**INFORMACION IMPORTANTE**

☞ No incluya al cónyuge en este anejo. Un individuo casado que vive con su cónyuge para fines contributivos, no debe incluir a su cónyuge como parte de sus dependientes.

☞ Acompañe este Anejo con su planilla para poder considerar la exención por dependientes.

☞ Ennegrezca el óvalo de custodia compartida si el dependiente está sujeto a esta condición. La exención será de $1,250 para cada contribuyente.

| | Nombre, Inicial | Apellido Paterno | Apellido Materno | Custodia Compartida | Fecha de Nacimiento Día / Mes / Año | Parentesco | Categoría* (N)(U)(I) | Número de Seguro Social |
|---|---|---|---|---|---|---|---|---|
| (01) | | Santana | Marcano | ○ | 07/04/1944 | Madre | I | -6338 |
| (02) | | Santana | Marcano | ○ | 02/04/1936 | Tia | I | 4510 |
| (03) | | Aguiar | Santana | ○ | 27/07/1962 | Hermana | I | 0246 |
| (04) | | Vazquez | Orozco | ○ | 29/07/1996 | Sobrina | N | 7663 |
| (05) | | Vazquez | | ○ | 24/11/1992 | Sobrina | U | 3538 |
| (06) | | | | ○ | | | | |
| (07) | | | | ○ | | | | |
| (08) | | | | ○ | | | | |
| (09) | | | | ○ | | | | |
| (10) | | | | ○ | | | | |

\* Véanse instrucciones.
Conf. 041420141046E4B93B2463307

Período de Conservación: Diez (10) años

PRSoft, Inc. (www.prsoft.com)

METROPOLITAN LUMBER & HARDWARE INC.
D/B/A NATIONAL LUMBER & HARDWARE
PO BOX 190839
SAN JUAN PR 00919-0839
PHONE: (787) 743-4004

PAGE NO   1



# NATIONAL LUMBER & HARDWARE

*TODA RECLAMACION EN O ANTES DE 7 DIAS*

RECIBIDO EN BUEN ESTADO

SOLD TO: **** CASH ****

CUST#: *900
TERMS: CASH/CHECK/BANKCARD

INV #: B43607/1
DATE: 7/12/14   TIME: 11:50
CLERK: RUTH P   TERM#241
SLSPR: 06 SUSY DOMIGUEZ MONTANEZ
TAX: II3 7% IMPUESTO VENTAS CA

ESTIMATE# 143607
TODO PEDIDO ESPECIAL NO TIENE
CAMBIO NI DEVOLUCION

EST.#: 143607

*************
* INVOICE *
*************

| LN# | QTY | UM | SKU | DESCRIPTION | UNITS | SUGG | PRICE/PER | EXTENSION | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | EA | 01W1848 | PANEL DEC.WHITE PLAIN 1/8 4X8" | 4 | OK | 14.99 /EA | 59.96 | DP |
| 2 | 8 | EA | 01B8248 | MADERA TT P.ELLIOTI 2X4X8 #2 CEP | 2 | OK | 4.19 /EA | 33.52 S | se hizo no fue DP |
| 3 | 2 | EA | PV24X80 | PTA SS VIROLA 13/8 24X80 | 2 | OK | 26.95 /EA | 53.90 S | DP RALL |
| 4 | 1 | EA | PV30X80 | PTA SS VIROLA 13/8 30X80 | 1 | OK | 29.95 /EA | 29.95 S | DP |
| 5 | 1 | EA | MPPI7 | MARCO T/T P/P INT 2X4X7 | 1 | OK | 18.75 /EA | 18.75 S | DP |
| (6) | 1 | EA | CC581WH | CLAVOS PANEL DECORA.WHT 4OZ. | 1 | | 1.79 /EA | 1.79 | |
| 7 | 18 | PO | 95146 | TORN.TAPCON 1/4X3 1/4 100PSC HWU | 18 | | .330/PO | 5.94 e | |
| 8 | 3 | EA | 3 | MATERIALES DE CONSTRUCCION | 3 | | 1.89 /EA | 5.67 e | |
| 9 | | | | CULKING | | | | | 7·2/2014 |
| 10 | 2 | EA | 3 X | MATERIALES DE CONSTRUCCION | 2 | | 5.99 /EA | 11.98 | Recoger luego par de gozne de seguridad que no los tabia |
| 11 | | | | PAR GOZNE DE SEGURIDAD | | | | | |

7-25-2014 Cliente devolvio
(1) PTA virola 24X80

COMPRAR EN NATIONAL ES UN NEGOCIO REDONDO
DESPACHADO
CAGUAS 2
Fecha: 7-2/2/14
NOMBRE DESPACHADOR

Fue X 180A

1% TAX MUNICIPAL CAG   221.46   2.21
6% TAX ESTATAL CAGUA   221.46   13.29

Dispatched By Ray
Verified By
Date 7-2/2014
Received By

** PAYMENT RECEIVED **
** CHANGE GIVEN **
CASH PAYMENT

240.00
3.04
240.00

TAXABLE       221.46   0.00
NON-TAXABLE     0.00   0.00
SUBTOTAL      221.46   0.00
                       0.00
TAX AMOUNT     15.50
TOTAL AMOUNT  236.96

NAT 049 (12/04)



THANK YOU FOR SHOPPING A
METROPOLITAN LUMBER CAGUAS 2
(787) 743-4004

*TODA RECLAMACION EN O ANTES DE 7 DIAS*
RECIBIDO EN BUEN ESTADO
7/12/14 11:49AM RUTH P    241  SALE
------------------------------------------

SUB-TOTAL:   221.46   TAX:     15.50
                      TOTAL:  236.96
CASH TEND:   240.00 CHANGE:     3.04


==>> JRNL#B43607/1                  <<==
         CUST # *900
II1  1% TAX MUNICIPA        2.21
II2  6% TAX ESTATAL        13.29
-------- PIDE TU RECIBO --------

    IVULOTO: CXJFP-00SCL
    ST IPAW057 Jul/19/2014
    CONTROL: 064-774934

---- CON IVULOTO TODOS NOS -----
--------- BENEFICIAMOS ---------

```
                    METROPOLITAN LUMBER & HARDWARE INC.           PAGE NO    1
                       D/B/A NATIONAL LUMBER & HARDWARE
                              PO BOX 190839
                           SAN JUAN PR 00919-0839
                            PHONE: (787) 743-4004


                      *TODA RECLAMACION EN O ANTES DE 7 DIAS*
                             RECIBIDO EN BUEN ESTADO


     **** CASH ****         CUST#: *900                 INV #:   B51807/i
                            TERMS: CASH/CHECK/BANKCARD  DATE : 7/25/14  TIME : 10:44
                                                        CLERK: CARMEN R    TERM#241
                                                        SLSPR: H8 JULIO VELAZQUEZ MONTAN
                                                        TAX  : II3 7% IMPUESTO VENTAS CA
                                                        ORDR#:   151807

                            DEL. DATE: 7/25/14
                            ORDR #   151807                   ***************
                                                              *   INVOICE   *
                                                              ***************
```

| LN# | QTY | UM | SKU | DESCRIPTION | UNITS | SUGG | PRICE/PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | EA | PV30X80 | PTA SS VIROLA 13/8 30X80 | 1 | | 29.95 /EA | 29.95 S |
| 2 | 1 | EA | MPPI7 | MARCO T/T P/P INT 2X4X7 | 1 | | 18.75 /EA | 18.75 S |
| 3 | 5 | EA | 02A1248 | MADERA TT P.SYP 2X4X8 NO.1 CEP. | 5 | | 5.99 /EA | 29.95 S |
| 4 | 2 | EA | 01W1848 | PANEL DEC.WHITE PLAIN 1/8 4X8" | 2 | | 14.99 /EA | 29.98 |
| 5 | 1 | EA | 9875X | ROSETA 4" PORCELANA LEVITON | 1 | | 1.49 /EA | 1.49 |
| 6 | 2 | EA | T4533SN | STEEL HINGE SN 3X3X2MM | 2 | | 7.49 /EA | 14.98 |
| 7 | 1 | EA | 1100002 | SWITCH SENCILLO BONE WHITE | 1 | .89 | .79 /EA | .79 S |
| 8 | 1 | EA | 2800050 | CAJA OCTAGONAL 4" KO 1/2" | 1 | | .99 /EA | .99 |
| 9 | 1 | EA | 75046 | BARRENA_TAP_3/16X5-1/2IN. | 1 | | 2.29 /EA | 2.29 |
| 10 | 10 | PO | 95146 | TORN.TAPCON 1/4X3 1/4 100PSC HWU | 10 | | .330/PO | 3.30 |
| 11 | 3 | EA | 38562 | HILL.TASCON HEX 1/4X33/4 | 3 | | .39 /EA | 1.17 |
| 12 | 1 | EA | 6871SS | CERRA.NATIONA ENTRADA C/LLAVE SS | 1 | 9.99 | 7.99 /EA | 7.99 S |
| 13 | 1 | EA | 6872AB | CERRA.NATIONA PRIVACY S/LLAVE AB | 1 | 8.99 | 6.99 /EA | 6.99 S |
| 14 | 1 | EA | D101SS | CERR.RAIDER DEADBOLT 1 LLAVE SS | 1 | 8.99 | 4.99 /EA | 4.99 S |
| 15 | 1 | EA | 6871SS | CERRA.NATIONA ENTRADA C/LLAVE SS | 1 | 9.99 | 7.99 /EA | 7.99 S |
| 16 | 1 | EA | 7730631 | SHOWER BAR 42X72 GOLD | 1 | | 6.99 /EA | 6.99 |

CONT'D

AT 042 (11/10)

```
                        METROPOLITAN LUMBER & HARDWARE INC.              PAGE NO    2
                            D/B/A NATIONAL LUMBER & HARDWARE
                                    PO BOX 190839
                                 SAN JUAN PR 00919-0839
                                 PHONE: (787) 743-4004


                            *TODA RECLAMACION EN O ANTES DE 7 DIAS*
                                    RECIBIDO EN BUEN ESTADO


        ****  CASH  ****        CUST#: *900                INV #:   B51807/i
                                 TERMS: CASH/CHECK/BANKCARD DATE : 7/25/14  TIME : 10:44
                                                            CLERK: CARMEN R    TERM#241
                                                            SLSPR: H8 JULIO VELAZQUEZ MONTAN
                                                            TAX  : II3 7% IMPUESTO VENTAS CA
                                                            ORDR#:   151807
                                 DEL. DATE: 7/25/14
                                 ORDR #   151807                        ***************
                                                                        *    INVOICE   *
                                                                        ***************
   LN#   QTY   UM   SKU          DESCRIPTION             UNITS   SUGG   PRICE/PER   EXTENSION
```

```
 1% TAX MUNICIPAL CAG    168.59    1.69
 6% TAX ESTATAL CAGUA    168.59   10.12

                      ** PAYMENT RECEIVED **     180.40  TAXABLE      168.59        0.00
                      ** PAID IN FULL **                 NON-TAXABLE    0.00        0.00
                                                         SUBTOTAL     168.59        0.00
                                                                                    0.00
                              CASH PAYMENT        180.40
                                                         TAX AMOUNT    11.81
                                                         TOTAL AMOUNT 180.40
NAT 042 (11/10)
```

```
THANK YOU FOR SHOPPING AT
METROPOLITAN LUMBER CAGUAS 2
       (787) 743-4004

*TODA RECLAMACION EN O ANTES DE 7 DIAS*
      RECIBIDO EN BUEN ESTADO
7/25/14 10:44AM CARMEN R   241  SALE

SUB-TOTAL:    168.59    TAX:     11.81
                        TOTAL:  180.40

CASH TEND:    180.40

==>> JRNLH51807/i              <<==
         CUST # *900
II1  1% TAX MUNICIPA     1.69
II2  6% TAX ESTATAL     10.12
------- PIDE TU RECIBO -------

IVULOTO: XENA9-5JT8Z
ST DRAW061 Aug/02/2014
CONTROL: 201-850560

---- CON IVULOTO TODOS NOS ----
---------- BENEFICIAMOS -------
```

```
                    METROPOLITAN LUMBER & HARDWARE INC.           PAGE NO   1
                       D/B/A NATIONAL LUMBER & HARDWARE
                              PO BOX 190839
                           SAN JUAN PR 00919-0839
                           PHONE: (787) 743-4004


                    *TODA RECLAMACION EN O ANTES DE 7 DIAS*
                           RECIBIDO EN BUEN ESTADO



     **** CASH ****        CUST#: *900             INV#: B48930/i
                           TERMS: CASH/CHECK/BANKCARD   DATE: 7/21/14  TIME: 8:11
                                                   CLERK: VANESSA C  TERM#241
                                                   SLSPR: H9 ALVIN MARCANO VELAZQUE
                                                   TAX  : II3 7% IMPUESTO VENTAS CA
                                                   ORDR#:  148930
                           DEL. DATE: 7/21/14
                           ORDR #   148930                    ***************
                                                              *   INVOICE   *
                                                              ***************
   LN#  QTY  UM  SKU          DESCRIPTION         UNITS  SUGG  PRICE/PER  EXTENSION
    1    1   EA  02A12410   MADERA TT P.SYP 2X4X10 NO.1 CEP.   1           6.99 /EA    6.99 S

    2    1   EA  H96617     MARTILLO CABO FIBERGLASS 16OZ.     1           9.99 /EA    9.99

    3    1   EA  13054      BARRENA_TAP_3/16X4-1/2IN.          1           1.99 /EA    1.99

    4    1   EA  TWK14234HX TAPCON_BLANCO_1/4X2-3/4_KEX_KI     1           5.99 /EA    5.99

    5    1   LI  CHDG3      CLAVOS COMUNES HDG 3"              1           1.500/LI    1.50

    6                       1/LIBRA - $1.50      per LI

    7    1   EA  121290     PEPSI DE 20 OZ.                    1            .99 /EA     .99
```

```
1% TAX MUNICIPAL CAG    27.45    .27
6% TAX ESTATAL CAGUA    27.45   1.65

                   ** PAYMENT RECEIVED **        44.48  TAXABLE       27.45   0.00
                   ** CHANGE GIVEN **            15.11  NON-TAXABLE    0.00   0.00
                                                        SUBTOTAL      27.45   0.00
                                                                              0.00
                      CASH PAYMENT               44.48
                                                        TAX AMOUNT     1.92
                                                        TOTAL AMOUNT  29.37
```

IAT 042 (11/10)



```
*TODA RECLAMACION EN O ANTES DE 7 DIAS*
         RECIBIDO EN BUEN ESTADO
    7/21/14  8:11AM VANESSA C  241  SALE
    ----------------------------------------

    SUB-TOTAL:     27.45   TAX:       1.92
                           TOTAL:    29.37
    CASH TEND:     44.48 CHANGE:     15.11


    ==>> JRNL#B48930/i                  <<==
            CUST # *900
       II1  1% TAX MUNICIPA       .27
       II2  6% TAX ESTATAL       1.65
       -------- PIDE TU RECIBO --------

         IVULOTO: 61R97-KT49K
         ST DRAW060 Jul/29/2014
         CONTROL: 349-113240

       ---- CON IVULOTO TODOS NOS -----
       --------- BENEFICIAMOS ---------
```